**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 11-78763 - PWB |
| ) | |
| GARETH N. GENNER, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

COMES NOW, Jordan E. Lubin, Chapter 7 Trustee ("Trustee"), and pursuant to 11 U.S.C. §327(a) shows the Court the following:

1.

Gareth N. Genner ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Case") on October 3, 2011 (the "Petition Date").

2.

The case was converted to Chapter 7 on July 17, 2013 (the "Conversion Date").

3.

Trustee was initially appointed interim Chapter 7 Trustee and became permanent Chapter 7 Trustee following the §341(a), Meeting of Creditors, held on August 20, 2013.

4.

Trustee is seeking to employ Stonebridge Accounting & Forensics, LLC ("Stonebridge") as accountant for the bankruptcy estate (the "Estate"). Trustee has chosen Stonebridge, because Stonebridge is well qualified to perform the work required in this case and is experienced in accounting and auditing services relating to bankruptcy estates.

5.

The professional services that Stonebridge will render include:

a.  Preparation of Federal and State tax returns.  Preparation of all other financial documents required by Federal and State law.  All other work necessary to assist the Estate in complying with the reporting and accounting requirements of this cases;

b.   Reviewing claims filed by the Internal Revenue Service or other taxing authorities, as necessary, to determine the validity of the amounts claimed; and

c.  Such other work as may be indicated by Stonebridge's analysis of the records of Debtor and the Estate.

6.

To the best of Trustee's knowledge, neither Stonebridge nor its members or employees represent any interest adverse to Trustee or the Estate in the matters upon which Stonebridge will be engaged.  Further, Trustee believes that this appointment is in the best interests of the Estate.  The Affidavit of the Spence A. Shumway is attached hereto and made a part hereof by this reference.

7.

Trustee shows that Stonebridge has agreed to perform the required services at a rate of $225.00 per hour, which rate may be increased during the term of the proposed employment.  Stonebridge understands that final compensation is subject to the approval of the bankruptcy court.

The current hourly billing rate of the accountants who are expected to render services in this matter are as follows:

a.    Spence A. Shumway                $225.00

    b.    Robert C. Albretsen    $225.00

WHEREFORE, Trustee requests authorization to employ the firm of Stonebridge Accounting & Forensics, LLC to perform the professional services as set forth in this Application.

This 16th day of May, 2014.

                              Respectfully submitted,

                              /s/ Jordan E. Lubin

Lubin Law, P.C.                        Jordan E. Lubin
8325 Dunwoody Place, Building 2    Attorney for the Chapter 7 Trustee
Atlanta, Georgia 30350            Georgia Bar No. 460639
770.424.8281
jordan.lubin@laslawgroup.com

STATE OF GEORGIA
COUNTY OF GWINNETT

Re: Gareth N. Genner, Debtor(s)
Case No. 11-78763-PWB          Chapter 7

### STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5002

Personally appeared before the undersigned officer duly authorized by law to administer oaths, SPENCE A. SHUMWAY, a member of the accounting firm of STONEBRIDGE ACCOUNTING & FORENSICS LLC, who after being duly sworn, on oath deposes and says:

1) I am a member of the accounting firm of Stonebridge Accounting & Forensics LLC and I am a Certified Public Accountant duly admitted to practice in the State of Georgia, with offices in Grayson, Georgia.

2) To the best of my knowledge:

   a) I am and every person in my firm is a "disinterested person," as defined by Section 101(14) of the Bankruptcy Code, regarding the aforementioned Debtor(s);

   b) Neither I nor any member of this firm:

      i. Holds or represents an interest adverse to this Estate.

      ii. Has had any business, professional, or other connections up to the date of this Affidavit with the aforementioned Debtor, creditors, or any other party in interest of which I am aware, and their respective attorneys and accountant, the United States Trustee,, and any persons employed by the United States Trustee, other than possible professional or social relationships or possible accounting or tax work on behalf of a different bankruptcy estate in which such counsel may have been involved or may have been the trustee; or

      iii. Is related to any Judge of this Court, or so connected now or in the past with any Judge of this Court as to render such appointment improper.

FURTHER AFFIANT SAYETH NAUGHT.

STONEBRIDGE ACCOUNTING & FORENSICS LLC

By: _____
Spence A. Shumway

Sworn to and Subscribed
before me this 16th day of
May, 2014.

_____
Notary Public
My Commission Expires: April 23, 2018

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CASE NO. 11-78763 - PWB |
|  | ) |
| GARETH N. GENNER, | ) CHAPTER 7 |
|  | ) |
| Debtor. | ) |

**CERTIFICATE OF SERVICE**

I, Jordan E. Lubin, hereby certify that I have this day served all interested parties in the foregoing matter with **Trustee's Application to Employ Accountant**, by depositing in the United States First Class Mail copies of the same in properly addressed envelopes, with sufficient postage prepaid to assure delivery and addressed as follows:

Office of the United States Trustee
Room 362 Russell Federal Building
75 Spring Street, S. W.
Atlanta, Georgia 30303

Mr. Spence A. Shumway
Stonebridge Accounting & Forensics, LLC
P. O. Box 1290
Grayson, Georgia 30017

Gareth N. Genner
705 Town Boulevard, Apartment No. 423
Brookhaven, Georgia 30319
Pro Se Debtor

This 16th day of May, 2014.

        /s/ Jordan E. Lubin
        Jordan E. Lubin
        Attorney for the Chapter 7 Trustee
        Georgia Bar No. 460639

Lubin Law, P.C.
8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
770.424.8281
jordan.lubin@laslawgroup.com