**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Atlanta DIVISION**

In re: GENNER, GARETH N.  §  Case No. 11-78763-PWB
  §
  §
  §
  Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 10/03/2011. The case was converted to one under Chapter 7 on 07/17/2013. The undersigned trustee was appointed on 07/18/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          463,483.35

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 334,745.44 |
| Administrative expenses | 32,621.91 |
| Bank service fees | 554.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $          95,561.48 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 07/24/2014 and the deadline for filing governmental claims was 03/31/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,395.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $26,395.42, for a total compensation of $26,395.42[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $150.78 for total expenses of $150.78[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/03/2015 _____    By: /s/ Jordan E. Lubin _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:      3

**Case No.:**   11-78763-PWB
**Case Name:**   GENNER, GARETH N.

**For Period Ending:**   09/03/2015

**Trustee Name:**   (300360) Jordan E. Lubin
**Date Filed (f) or Converted (c):**   10/03/2011 (c)
**§ 341(a) Meeting Date:**   08/20/2013
**Claims Bar Date:**   07/24/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 143 Dogwood St. Seagrove Beach | 370,000.00 | 36,531.75 | | 401,000.00 | FA |
| 2 | 11 Piazza Pomino Dahlonega, GA 30533 | 380,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | vacant lot in Clayton County (# 13141D A003) | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | checking account - Bank of America | 8.00 | 0.00 | OA | 0.00 | FA |
| 5 | checking account Bank of America | 540.00 | 0.00 | OA | 0.00 | FA |
| 6 | savings account - Bank of America | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | household goods and furnishings (undivided one-h | 6,500.00 | 0.00 | OA | 0.00 | FA |
| 8 | Dali prints (undivided one-half interest) | 3,200.00 | 0.00 | OA | 0.00 | FA |
| 9 | clothing | 500.00 | 0.00 | OA | 0.00 | FA |
| 10 | wedding band and watch | 120.00 | 0.00 | OA | 0.00 | FA |
| 11 | 1981 Alfa Romeo Spider - 99,360 miles | 2,000.00 | 6,325.00 | | 6,325.00 | FA |
| 12 | 2009 Ford Mustang GT convertible - 13,376 miles | 22,825.00 | 6,657.53 | | 18,750.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:        4

**Case No.:**   11-78763-PWB

**Case Name:**   GENNER, GARETH N.

**For Period Ending:**   09/03/2015

**Trustee Name:**   (300360) Jordan E. Lubin

**Date Filed (f) or Converted (c):**   10/03/2011 (c)

**§ 341(a) Meeting Date:**   08/20/2013

**Claims Bar Date:**   07/24/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Disney Timeshare (200 Celebration Place) | 60,000.00 | 19,025.00 | | 19,025.00 | FA |
| 14 | 2013 Tax Refund (u) | 0.00 | 0.00 | | 6,314.44 | FA |
| 15 | 2012 Tax Refund (u) | 0.00 | 0.00 | | 11,948.69 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 120.22 | Unknown |
| | **Assets        Totals**    (Excluding unknown values) | **$851,693.00** | **$68,539.28** | | **$463,483.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

The hearing on Trustee's Objection to Claim is scheduled for July 7, 2015.

Form 2 is provided for two accounts, the primary account with  Rabobank and a second account with SunTrust Bank.

**Initial Projected Date Of Final Report (TFR):**        08/20/2015

**Current Projected Date Of Final Report (TFR):**        09/03/2015

09/03/2015
_____
Date

/s/Jordan E. Lubin
_____
Jordan E. Lubin

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-78763-PWB | |
| **Case Name:** | GENNER, GARETH N. | |
| **Taxpayer ID #:** | **-***6906 | |
| **For Period Ending:** | 09/03/2015 | |

| | |
|---|---|
| **Trustee Name:** | Jordan E. Lubin (300360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4566 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/21/2014 | {12} | Barbara Genner | Payment in accordance with Motion to Compromise with Debtor. | 1129-000 | 18,750.00 | | 18,750.00 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 18,740.00 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.74 | 18,711.26 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.91 | 18,684.35 |
| 06/13/2014 | {11} | Bullseye Auction | Payment for auction of vehicle pursuant to Order, Doc. No. 146. | 1129-000 | 6,325.00 | | 25,009.35 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.61 | 24,979.74 |
| 07/03/2014 | | McNeese Title, LLC / Centennial Bank | Order to Sell [Doc. No. 155] entered 06/25/14 | | 37,590.75 | | 62,570.49 |
| | {1} | 3F Properties, LLC | | 1110-000 | | | 62,570.49 |
| | | | $401,000.00 | | | | |
| | | Deutsche Bank Trust Company Americas, As.. | | 4110-000 | | | 62,570.49 |
| | | | -$298,213.69 | | | | |

*{ } Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                                                                      *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case No.:** | 11-78763-PWB |
| **Case Name:** | GENNER, GARETH N. |
| **Taxpayer ID #:** | **-***6906 |
| **For Period Ending:** | 09/03/2015 |

| | |
|---|---|
| **Trustee Name:** | Jordan E. Lubin (300360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4566 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Bank of North Georgia | -$36,531.75 | 4110-000 | | | 62,570.49 |
| | | FL Transfer Tax and Recording Fees | -$2,842.50 | 2500-000 | | | 62,570.49 |
| | | Sales / Broker's Commission | -$24,060.00 | 3510-000 | | | 62,570.49 |
| | | County Taxes, pro rated | -$1,761.31 | 2500-000 | | | 62,570.49 |
| 07/07/2014 | 1001 | Lubin Law, P.C. | | 2420-000 | | 1,059.00 | 61,511.49 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.12 | 61,422.37 |
| 08/01/2014 | 1002 | Bullseye Auction & Appraisal | Order Authorzing Sale (Doc. No. 146) | | | 747.95 | 60,674.42 |
| | | | $575.00 | 3610-002 | | | 60,674.42 |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-78763-PWB | |
| **Case Name:** | GENNER, GARETH N. | |
| **Taxpayer ID #:** | **-***6906 | |
| **For Period Ending:** | 09/03/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jordan E. Lubin (300360) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******4566 - Checking Checking Account | |
| **Blanket Bond (per case limit):** | $1,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $172.95 | 3620-000 | | | 60,674.42 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.75 | 60,589.67 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.95 | 60,496.72 |
| 10/13/2014 | | Jordan E. Lubin, Chapter 7 Trustee | Account Transfer to SunTrust Bank | 9999-000 | | 55,000.00 | 5,496.72 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.99 | 5,443.73 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,433.73 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,423.73 |
| 01/09/2015 | {13} | BKAssets.com, LLC | Payment for auction of Disney fractional ownership pursuant to Order, Doc. No. 175. | 1129-000 | 19,025.00 | | 24,448.73 |
| 01/15/2015 | 1004 | BKAssets.com, LLC | Per Court Order Doc. No. 175, entered 12/23/14 | | | 2,151.15 | 22,297.58 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-78763-PWB | |
| **Case Name:** | GENNER, GARETH N. | |
| **Taxpayer ID #:** | **-***6906 | |
| **For Period Ending:** | 09/03/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jordan E. Lubin (300360) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******4566 - Checking Checking Account | |
| **Blanket Bond (per case limit):** | $1,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | 3610-000 | | | 22,297.58 |
| | | | $1,880.00 | | | | |
| | | | | 3620-000 | | | 22,297.58 |
| | | | $271.15 | | | | |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.49 | 22,274.09 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.90 | 22,244.19 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.12 | 22,210.07 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.94 | 22,178.13 |
| 06/02/2015 | {14} | GA Dept. of Rev. | Refund of 2013 taxes. | 1224-000 | 60.00 | | 22,238.13 |
| 07/02/2015 | {14} | GA Dept. of Revenue | GA Tax Refund. | 1224-000 | 4,073.00 | | 26,311.13 |
| 07/06/2015 | | SunTrust Bank | Transfer to Rabobank. | 9999-000 | 55,120.22 | | 81,431.35 |
| 07/06/2015 | | SunTrust Bank Account Transfer | SunTrust Bank Account Transfer | 9999-000 | ! 55,000.00 | | 136,431.35 |
| 07/06/2015 | Int | SunTrust Bank | Interest Earned | 1270-000 | 120.22 | | 136,551.57 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**                                                                 *! - transaction has not been cleared*

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-78763-PWB | |
| **Case Name:** | GENNER, GARETH N. | |
| **Taxpayer ID #:** | **-***6906 | |
| **For Period Ending:** | 09/03/2015 | |

| | |
|---|---|
| **Trustee Name:** | Jordan E. Lubin (300360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4566 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/2015 | | SunTrust Bank | Reversed Deposit 100006 1 Transfer to Rabobank. | 9999-000 | -55,120.22 | | 81,431.35 |
| 07/31/2015 | {14} | U.S. Treasury | 4034 62984250 Tax Refund | 1224-000 | 2,181.44 | | 83,612.79 |
| 07/31/2015 | {15} | U.S. Treasury | 4034 62984249 Tax Refund | 1224-000 | 11,948.69 | | 95,561.48 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | | 155,074.10 | 59,512.62 | $95,561.48 |
| Less: Bank Transfers/CDs | | 55,000.00 | 55,000.00 | |
| **Subtotal** | | 100,074.10 | 4,512.62 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$100,074.10** | **$4,512.62** | |

**Exhibit B**

# Form 2

Page:   10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-78763-PWB |
| **Case Name:** | GENNER, GARETH N. |
| **Taxpayer ID #:** | **-***6906 |
| **For Period Ending:** | 09/03/2015 |

| | |
|---|---|
| **Trustee Name:** | Jordan E. Lubin (300360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4566 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4566 - Checking Checking Account | $100,074.10 | $4,512.62 | $95,561.48 |
| | **$100,074.10** | **$4,512.62** | **$95,561.48** |

| | |
|---|---|
| **09/03/2015** | **/s/Jordan E. Lubin** |
| **Date** | **Jordan E. Lubin** |

**UST Form 101-7-TFR (5/1/2011)**

Form 2

Cash Receipts and Disbursements Record

| Case Number: | 11-78763-PWB | | | Trustee: | Jordan E. Lubin |
| Case Name: | Gareth N. Genner | | | Bank Name: | SunTrust |
| | | | | Account: | XXXXXXXX88667 |
| Taxpayer ID#: | XX-XXX6906 | | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 6/30/2015 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | [Ref #] / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/16/14 | DEP | Jordan E. Lubin, CH 7 Trustee | Account Transfers | 9999-00 | $55,000.00 | | $55,000.00 |
| 10/31/14 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $7.02 | | $55,007.02 |
| 11/28/14 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $13.10 | | $55,020.12 |
| 12/31/14 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $15.90 | | $55,036.02 |
| 01/30/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $14.02 | | $55,050.04 |
| 02/27/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $12.67 | | $55,062.71 |
| 03/31/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $14.03 | | $55,076.74 |
| 04/30/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $13.58 | | $55,090.32 |
| 05/29/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $14.04 | | $55,104.36 |
| 06/30/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $13.59 | | $55,117.95 |
| 07/06/15 | INT | INTEREST | Interest posting at 0.30% | 1270-00 | $2.27 | | $55,120.22 |
| 07/06/15 | CK | Jordan E. Lubin, CH 7 Trustee | Account Transfers | 9999-00 | | $55,120.22 | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | ACCOUNT TOTALS | | | | $0.00 |

Printed on          Thursday, September 03, 2015

## Claims Register

**Case: 11-78763-PWB GARETH N. GENNER**

**Claims Bar Date:** 7/24/14 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| FEE | Jordan E. Lubin<br>8325 Dunwoody Place<br>Atlanta, GA 30350 | Admin Ch. 7 | | $ 26,395.42 | $0.00 | $26,395.42 |
| AE | Lubin Law, P.C. | Admin Ch. 7 | | $ 439.69 | $0.00 | $439.69 |
| | BKAssets.com, LLC | Admin Ch. 7 | | $ 1,880.00 | $1,880.00 | $0.00 |
| | BKAssets.com, LLC | Admin Ch. 7 | | $ 271.15 | $271.15 | $0.00 |
| | Bullseye Auction & Appraisal<br>500 Pike Park Drive, Suite F<br>Lawrenceville, GA 30046 | Admin Ch. 7 | | $ 172.95 | $172.95 | $0.00 |
| | Bullseye Auction & Appraisal<br>500 Pike Park Drive, Suite F<br>Lawrenceville, GA 30046 | Admin Ch. 7 | | $ 575.00 | $575.00 | $0.00 |

**Exhibit C**

## Claims Register

| | | | | |
|---|---|---|---|---|
| County Taxes, pro rated | Admin Ch. 7 | $ 1,731.31 | $1,761.31 | -$30.00 |
| FL Transfer Tax and Recording Fees | Admin Ch. 7 | $ 2,842.50 | $2,842.50 | $0.00 |
| Office of the U.S. Trustee | Admin Ch. 7 | $ 650.00 | $0.00 | $650.00 |
| Sales / Broker's Commission | Admin Ch. 7 | $ 24,060.00 | $24,060.00 | $0.00 |
| Stonebridge Accounting & Forensics, LLC<br>P.O. Box 1290<br>Grayson, GA 30017 | Admin Ch. 7 | $ 3,577.50 | $0.00 | $3,577.50 |
| Stonebridge Accounting & Forensics, LLC<br>P.O. Box 1290<br>Grayson, GA 30017 | Admin Ch. 7 | $ 120.34 | $0.00 | $120.34 |
| Levy & Zeewy, LLC | Admin Ch. 11 | $ 9,750.37 | $0.00 | $9,750.37 |

**Exhibit C**

## Claims Register

| | | | | | |
|---|---|---|---|---|---|
| | Levy & Zeewy, LLC | Admin Ch. 11 | $ 0.00 | $0.00 | $0.00 |
| 1 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | $ 16,260.37 | $0.00 | $16,260.37 |
| 2 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | $ 23,699.64 | $0.00 | $23,699.64 |
| 3 | Discover Bank<br>DB Servicing Corporation<br>New Albany, OH 43054-3025 | Unsecured | $ 1,570.31 | $0.00 | $1,570.31 |
| 4 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>Oklahoma City, OK 73124-8848 | Unsecured | $ 81.24 | $0.00 | $81.24 |
| 5S | Bank of North Georgia<br>c/o Thompson O'Brien Kemp & Nasuti, PC<br>Norcross, GA 30092 | Secured | $ 36,531.75 | $36,531.75 | $0.00 |
| 5U | Bank of North Georgia<br>c/o Thompson O'Brien Kemp & Nasuti, PC<br>Norcross, GA 30092 | Unsecured | $ 351,677.39 | $0.00 | $351,677.39 |

**Exhibit C**

## Claims Register

| | | | | | |
|---|---|---|---|---|---|
| 6P-3 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Philadelphia, PA 19101-7346 | Priority Unsecured | $ 115,969.12 | $0.00 | $115,969.12 |
| 6U-3 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Philadelphia, PA 19101-7346 | Unsecured | $ 14,321.56 | $0.00 | $14,321.56 |
| 7 | Ford Motor Credit Company, LLC, A<br>Delaware Limited Liability Company<br>Detroit, MI 48255-0953 | Secured | $ 0.00 | $0.00 | $0.00 |
| 8 | Ford Motor Credit Company, LLC, A<br>Delaware Limited Liability Company<br>Detroit, MI 48255-0953 | Secured | $ 0.00 | $0.00 | $0.00 |
| 9 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | $ 16,491.79 | $0.00 | $16,491.79 |
| 10 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>Malvern, PA 19355-0701 | Unsecured | $ 13,813.11 | $0.00 | $13,813.11 |
| 11P | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION - BANKRUPTCY<br>SECTION<br>ATLANTA, GA 30345 | Priority Unsecured | $ 15,365.76 | $0.00 | $15,365.76 |

**Exhibit C**

## Claims Register

| 11U | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION - BANKRUPTCY SECTION ATLANTA, GA 30345 | Unsecured | $ 434.24 | $0.00 | $434.24 |
|---|---|---|---|---|---|
| 12 | Deutsche Bank Trust Company Americas, As.. Pendergast & Associates, P.C.,Attn: Atlanta, GA 30346 | Secured | $ 298,213.69 | $298,213.69 | $0.00 |
| 13 | Solidarity Association c/o Frank J. Hanna, III Atlanta, GA 30328-6157 | Unsecured | $ 342,147.95 | $0.00 | $342,147.95 |
| 14 | Solidarity Association c/o Frank J. Hanna, III Atlanta, GA 30328-6157 | Unsecured | $ 54,756.16 | $0.00 | $54,756.16 |
| 15 | Holy Spirit Preparatory School Msgr. Edward J. Dillon Atlanta, GA 30327-4544 | Unsecured | $ 33,762.92 | $0.00 | $33,762.92 |
| 16 | Holy Spirit Preparatory School Msgr. Edward J. Dillon Atlanta, GA 30327-4544 | Unsecured | $ 325,166.97 | $0.00 | $325,166.97 |
| 17 | BANK OF AMERICA, N.A. Bankruptcy Department,Rubin Lublin Norcross, GA 30092 | Secured | $ 0.00 | $0.00 | $0.00 |

**Exhibit C**

## Claims Register

| 18 | BMO Harris Bank, NA<br>c o Becket and Lee LLP<br>Malvern, PA 19355-0701 | Unsecured | $ 24,201.52 | $0.00 | $24,201.52 |
|---|---|---|---|---|---|
| Prop. Ins. | Lubin Law, P.C. | Admin Ch. 7 | $ 1,059.00 | $1,059.00 | $0.00 |
| T EXP | Jordan E Lubin | Admin Ch. 7 | $ 150.78 | $0.00 | $150.78 |
| TATTY | Lubin Law, P.C. | Admin Ch. 7 | $ 14,291.25 | $0.00 | $14,291.25 |
| | Bank of America<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | Secured | $ 0.00 | $0.00 | $0.00 |
| | Bank of America<br>P.O. Box 650070<br>Dallas, TX 75265 | Secured | $ 0.00 | $0.00 | $0.00 |
| | Ford Motor Credit<br>P.O. Box 790119<br>St. Louis, MO 63179-0019 | Secured | $ 0.00 | $0.00 | $0.00 |

**Exhibit C**

## Claims Register

| | | | | |
|---|---|---|---|---|
| Synovus Bank Bank of North Georgia<br>8025 Westside Parkway<br>Alpharetta, GA 30009 | Secured | $ 0.00 | $0.00 | $0.00 |
| GDR Taxpayer Services Division<br>P.O. Box 105499<br>Atlanta, GA 30328-5499 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Georgia Dept. of Revenue Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Georgia Dept. of Revenue Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Georgia Dept. of Revenue Bankruptcy Unit<br>P.O. Box 38143<br>Atlanta, GA 30334 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114-7346 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Internal Revenue Service Centralized<br>Insolvency Operation<br>Dept. of Treasury<br>Memphis, TN 38101-0069 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |

**Exhibit C**

## Claims Register

| | | | | |
|---|---|---|---|---|
| Internal Revenue Service Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Internal Revenue Service Insolvency<br>Room 400 - Stop 334D<br>Atlanta, GA 30308 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| Internal Revenue Service Special Procedures Branch<br>Bankruptcy Section, Mail Code 335-D<br>Atlanta, GA 30370 | Priority Unsecured | $ 0.00 | $0.00 | $0.00 |
| AT&T Card AT&T Universal Card<br><br>Des Moines, IA 50363-0001 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998-2234 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| Chase Cardmember Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Unsecured | $ 0.00 | $0.00 | $0.00 |

Exhibit C

## Claims Register

| | | | | |
|---|---|---|---|---|
| Diners Club<br>P.O. Box 688964<br>Des Moines, IA 50368-8964 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| Discover Financial Services<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0943 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| Holy Spirit Prep.<br>Attn. Msgr. Edward J. Dillon<br>Atlanta, GA 30327 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| Solidarity Association<br>Attn: Frank J. Hanna<br>Atlanta, GA 30328 | Unsecured | $ 0.00 | $0.00 | $0.00 |
| | | **Case Total:** | **$367,367.35** | **$1,405,065.40** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-78763-PWB
Case Name: GARETH N. GENNER
Trustee Name: Jordan E. Lubin

**Balance on hand:**     $               95,561.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| | | None | | | |

Total to be paid to secured creditors:     $               0.00
Remaining balance:     $               95,561.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Jordan E. Lubin | 26,395.42 | 0.00 | 26,395.42 |
| Attorney for Trustee Fees - Lubin Law, P.C. | 14,291.25 | 0.00 | 14,291.25 |
| Attorney for Trustee, Expenses - Lubin Law, P.C. | 439.69 | 0.00 | 439.69 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |
| Trustee, Expenses - Jordan E Lubin | 150.78 | 0.00 | 150.78 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3,577.50 | 0.00 | 3,577.50 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics, LLC | 120.34 | 0.00 | 120.34 |

Total to be paid for chapter 7 administrative expenses:     $               45,624.98
Remaining balance:     $               49,936.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Attorney for D-I-P Fees (Chapter 11) - Levy & Zeewy, LLC | 9,750.37 | 0.00 | 9,750.37 |

Total to be paid for prior chapter administrative expenses:     $               9,750.37
Remaining balance:     $               40,186.13

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $131,334.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 6P-3 | Internal Revenue Service | 115,969.12 | 0.00 | 35,484.48 |
| 11P | GEORGIA DEPARTMENT OF REVENUE | 15,365.76 | 0.00 | 4,701.65 |

Total to be paid for priority claims: $    40,186.13
Remaining balance: $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
|  | None |  |  |  |

Total to be paid for timely general unsecured claims: $    0.00
Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
|  | None |  |  |  |

Total to be paid for tardily filed general unsecured claims: $    0.00
Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**